United States Courts
Southern District of Texas
FILED
October 29, 2025
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § <br> § <br> **v.** § <br> § <br> **ZEDRICK ADAMS BUTLER** § <br> **Defendant.** § <br> § | **CRIMINAL NO. 4:25-cr-00569** |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### (Conspiracy to Possess With Intent to Distribute Controlled Substance)

On or about April 1, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant**,

**ZEDRICK ADAMS BUTLER,**

did knowingly and intentionally conspire and agree with others known and unknown to the Grand Jury, to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B)(viii).

### COUNT TWO
### (Possession With Intent to Distribute Controlled Substance)

On or about April 1, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant**,

**ZEDRICK ADAMS BUTLER,**

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

1

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT THREE
### (Possession with Intent to Distribute Controlled Substance)

On or about April 1, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant,**

**ZEDRICK ADAMS BUTLER,**

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of 28 grams or more of a mixture and substance containing a cocaine base, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

## COUNT FOUR
### (Felon in Possession of a Firearm)

On or about April 1, 2025, in the Southern District of Texas and within the jurisdiction of the Court, **Defendant**,

**ZEDRICK ADAMS BUTLER,**

knowing that he had been convicted in the 232nd District Court of Harris County, Texas, on March 26, 2012, for Possession of Cocaine Less Than One Gram, Case Number 131518401010, a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce a firearm, namely, a Walther Arms pistol, Model P22, .22 L.R. in caliber.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE
### (21 U.S.C. § 853(a))

Pursuant to Title 21, United States Code, Section 853(a), the United States of America gives notice to **Defendant**,

**ZEDRICK ADAMS BUTLER,**

that upon conviction of an offense in violation of Title 21, United States Code, §§ 841 or 846, the following is subject to forfeiture:

1) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and
2) all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

A TRUE BILL:

Original Signature on File
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

*Leo J. Leo III*
LEO J. LEO, III
Assistant United States Attorney

3